IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE EDUCATION CREDIT UNION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-2583 |
| | § | |
| GREAT NORTHERN INSURANCE COMPANY, UNIFIED BUILDING SCIENCES, INC., and JOSEPH GORDON, | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 67) dated February 16, 2018,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court. The Memorandum and Recommendation is therefore **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 5th day of March, 2018.

SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.